UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE FLORES-CLEMENTE | Case No. 3:25-CR-20-CCB-SJF |

### **ORDER**

The Court has reviewed the findings and recommendation of Magistrate Judge Scott J. Frankel filed April 9, 2025. (ECF 19). Defendant Jose Flores-Clemente pleaded guilty to Count 1 of the Indictment charging him with being an alien who was found in the United States after having been previously removed and without having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States in violation of 8 U.S.C. §§ 1326(a) and (b)(2). No party objected, and the time to object has passed. The Court now adopts the findings and recommendation in their entirety. The plea of guilty to the offense as charged in the Indictment is hereby accepted, and the defendant is adjudged guilty of Count 1 of the Indictment.

Any objections a party submits to the probation officer in response to the draft Presentence Report must specifically identify the basis of the objection and any supporting authority. Should the Addendum to the final Presentence Report reflect any outstanding objections by a party, that party must specifically state in its sentencing memorandum whether it maintains that objection. If so, the party must identify the

basis and authority for its objection and, where applicable, any evidence the party expects to offer in support of that objection. The party should also state if, consistent with Rule 32(i)(3)(B), it does not believe a ruling on that objection will be necessary.

SO ORDERED on May 2, 2025.

/s/*Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT